FILED

2008 OCT 20 PM 4:02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                            No CV-08-80166 MISC VRW

Jorge Eduardo P Portugal Leon,
                                             ORDER
State Bar No 117055

_____/

On August 27, 2008, the court issued an order to show cause (OSC) why Jorge Eduardo P Portugal Leon should not be removed from the roll of attorneys authorized to practice law before this court, based on his suspension by the State Bar of California, effective May 15, 2008. Mr Leon has filed no response to the OSC.

The court now orders Jorge Eduardo P Portugal Leon removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

                                             _____
                                             VAUGHN R WALKER
                                             United States District Chief Judge

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Jorge Eduardo Portugal Leon,

_____/

Case Number: CV08-80166VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jorge Eduardo P Portugal Leon
870 Market Street
San Francisco, CA 94102

Dated: October 20, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*